IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CV-26-D

| | | |
|---|---|---|
| ARLENE F. STEBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, and | ) | |
| THE GROUP LONG TERM DISABILITY | ) | |
| PLAN FOR EMPLOYEES OF THE | ) | |
| ALLSTATE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

On March 18, 2010, the parties filed a joint motion for a court hosted settlement conference.

This matter is referred to Magistrate Judge Daniel for a court hosted settlement conference.

SO ORDERED. This 18 day of May 2010.

JAMES C. DEVER III
United States District Judge